UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                             Case No. 3:22-cr-23

vs.

DEVION JACKSON, SR.,                  District Judge Michael J. Newman
                                                             Magistrate Judge Caroline H. Gentry

    Defendant.

---

**ORDER ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 25)**

---

       This criminal case is before the Court on the Report and Recommendation of the Magistrate Judge, recommending that the Court accept Defendant's guilty plea.  Doc. No. 25.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant's plea of guilty as charged in count three of the Indictment, which charges him with knowing and intentional possession of fentanyl with intent to distribute, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).  Doc. No. 3 at PageID 5.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **October 13, 2022, at 11:00 a.m**.

    IT IS SO ORDERED.

  August 10, 2022                                     s/ Michael J. Newman
                                                                Hon. Michael J. Newman
                                                                United States District Judge