UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                             Case No. 3:22-cr-23

vs.

DEVION JACKSON, SR.,                District Judge Michael J. Newman

    Defendant.

---

### ORDER DENYING DEFENDANT'S SECOND REQUEST FOR RELEASE ON A FURLOUGH TO ATTEND A FAMILY FUNERAL (Doc. No. 30)

---

This case is before the Court on Defendant's second request for release on a furlough to attend a family funeral. Doc. No. 30, PageID 109. Defendant presently seeks release from his incarceration to attend the funeral service and burial of his brother, which are scheduled to occur tomorrow, September 2, 2022 between the hours of 11:30 a.m. and 1:30 p.m. *Id.* Defendant requests that the U.S. Marshal's Service or the Montgomery County Sheriff's Office escort him to and from the Montgomery County Jail during the furlough. *Id.*

There is no doubt about the sincerity of Defendant's understandable desire to be with his family during the time he requests. Despite this, the Court **DENIES** Defendant's second request for release on a furlough for the reasons set forth in the Court's previous Order (Doc. No. 29).

    **IT IS SO ORDERED.**

September 1, 2022                                                         s/Michael J. Newman
                                                                                     Hon. Michael J. Newman
                                                                                     United States District Judge