UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,   Case No. 3:22-cr-23

vs.

DEVION JACKSON, SR.,   District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) RESCHEDULING SENTENCING FOR OCTOBER 27, 2022 AT 10:00 AM; AND (2) REMINDING COUNSEL THAT THE CRIMINAL STANDING ORDER REQUIRES THEM TO FILE SENTENCING MEMORANDA NO LATER THAN SEVEN DAYS BEFORE THE SENTENCING HEARING**

---

This criminal case is before the Court prior to sentencing, presently scheduled for October 13, 2022. Counsel have not filed sentencing memoranda. The [Criminal Standing Order](#) requires that counsel shall submit sentencing memoranda seven days before sentencing, unless ordered otherwise. Accordingly, this sentencing hearing must be rescheduled to provide counsel with further time to file sentencing memoranda. Therefore, the Court **RESCHEDULES** sentencing for **October 27, 2022 at 10:00 a.m.** The Court reminds counsel that the Criminal Standing Order requires Defendants and the Government to file their sentencing memoranda no later than seven days before the sentencing hearing.

    **IT IS SO ORDERED.**

Date:  October 12, 2022                    /s Michael J. Newman
                                                                         Hon. Michael J. Newman
                                                                         United States District Judge