UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 3:22-cr-23-1

vs.

DEVION JACKSON, SR.,

Defendant.

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) VACATING AND RESCINDING THE ORDER REFERRING DEFENDANT DEVION JACKSON, SR.'S MOTION FOR RECONSIDERATION TO MAGISTRATE JUDGE PETER B. SILVAIN, JR. (Doc. No. 65); AND (2) CONFIRMING DEFENDANT'S MOTION FOR RECONSIDERATION (Doc. No. 64) REMAINS PENDING BEFORE THE UNDERSIGNED**

---

Upon further consideration, the Order (Doc. No. 65) referring Defendant Devion Jackson, Sr.'s motion for reconsideration to Judge Silvain was prematurely issued. Consequently, the referral Order is hereby **VACATED** and **RESCINDED**. Defendant's motion for reconsideration (Doc. No. 64) remains pending before the undersigned.

**IT IS SO ORDERED.**

July 28, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge