UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 3:22-cr-23

vs.

DEVION JACKSON, SR.,

District Judge Michael J. Newman

Defendant.

---

**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION (Doc. No. 64)**

---

This criminal case is before the Court on Defendant's motion, through counsel, for reconsideration of the Court's decision to detain him pending the resolution of an alleged supervised release violation. Doc. No. 64. At the detention hearing on June 2, 2026, Defendant denied the two alleged violations of the terms of his supervised release: (1) committing a new criminal offense—assault (a felony)—allegedly involving a firearm he was not legally entitled to possess; and (2) testing positive for marijuana. Doc. No. 63 at PageID 296. The Court found he was likely a danger to himself or others, and he is currently detained. *Id.* at PageID 302–03. Defendant presently seeks release from detention because "Mr. Jackson's attorney for the Montgomery County Case…confirmed that the prosecutor will not seek any charges for a felonious assault. Further, that there are no charges related to a firearm and[—]based on his discussions with the prosecutor[—]there is no expectation of additional charges being filed." Doc. No. 64 at PageID 308.

In the instant case, the Court has carefully considered Defendant's motion and the entire case record. To release him, the Court must find by clear and convincing evidence that he "is not

likely to flee or pose a danger to any other person or the community." *United States v. Allen*, No. 1:19-cr-647, 2021 WL 4060372, at *1 (N.D. Ohio Sept. 7, 2021) (citing 18 U.S.C. § 3143(a)). The evidence does not support such a finding. Nor can the Court find there are "exceptional circumstances" which would warrant Defendant's release under § 3145(c). *See United States v. Wiseman*, 461 F. Supp. 3d 740, 742 (M.D. Tenn. 2020) (collecting cases) ("[T]he question of 'exceptional circumstances' arises only after the lack of a risk of flight and dangerousness factors have been met"); *cf. Allen*, 2021 WL 4060372, at *2 (and cases cited therein).

Accordingly, Defendant's motion for reconsideration is **DENIED**.

**IT IS SO ORDERED.**

August 19, 2026

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge