UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff, Case No. 3:22-cr-23

vs.

DEVION JACKSON, SR., District Judge Michael J. Newman

Defendant.

---

**ORDER: (1) DIRECTING THE UNITED STATES MARSHAL SERVICE TO LODGE A DETAINER; (2) REMANDING DEVION JACKSON SR. TO THE CUSTODY OF THE UNITED STATES MARSHALS PENDING HIS RETURN TO THE WALTER H. RICE FEDERAL BUILDING AND UNITED STATES COURTHOUSE; (3) RELEASING THE DEFENDANT TO THE PROBATION DEPARTMENT FOR THE PURPOSE OF COMPLETING THE MONDAY PROGRAM; AND (4) CONFIRMING THAT AT NO POINT SHALL DEFENDANT BE RELEASED TO THE PUBLIC**

---

Previously, in this criminal case, the Court issued an Order finding Defendant in violation of the conditions of his previous term of supervised release, and imposing a new three-year term of supervised release, effective September 28, 2026. Doc. No. 71. The Court further ordered the Shelby County Jail to transport Defendant to the Walter H. Rice Federal Building and U.S. Courthouse on September 28, 2026 at 9:00 a.m. and to deliver him to the custody of the United States Marshal Service. Upon being brought to the Walter H. Rice Federal Building and U.S. Courthouse on September 28, 2026, Defendant was taken into custody by the Montgomery County Jail for an unresolved warrant in Montgomery County, Ohio.

Accordingly, the Court **ORDERS** the U.S. Marshal Service to lodge a detainer against Defendant pending resolution of his Montgomery County warrant. Upon resolution of the warrant, the Court **REMANDS** Defendant to the custody of the U.S. Marshal Service for the purpose of

transporting Defendant to the Walter H. Rice Federal Building and U.S. Courthouse. From there, the U.S. Marshal Service shall release Defendant to the U.S. Probation Department to begin his treatment at the MonDay Treatment Facility. The Court **CONFIRMS** that at no point is Defendant to be released to the general public.

**IT IS SO ORDERED.**

September 28, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge

cc: U.S. Marshals Office
U.S. Probation Office
Counsel of Record